**Order filed March 7, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00016-CV
_____

### SANTIAGO CRUZ, Appellant

### V.

### DANIELLE JANNETTE CRUZ, Appellee

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-77407**

## ORDER

The record before this court reflects that appellant filed a Statement of Inability to Afford Payment of Costs in the trial court on January 10, 2019. On January 14, 2019, Barbara K. Nagji, the court reporter, filed a contest to appellant's statement of inability.

A party who filed a Statement of Inability to Afford Payment of Court Costs in the trial court is not required to pay costs in the appellate court unless the trial

court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145. Tex. R. App. P. 20.1(b)(1). The clerk's record in this appeal, filed February 19, 2019, does not contain the trial court's ruling on the court reporter's contest to appellant's statement of inability to afford payment of costs.

Therefore, we order the Harris County District Clerk and the court reporter for the 312th District Court to prepare and file with this court the record of all trial court proceedings on appellant's claim of indigence including the trial court's order on the court reporter's contest. *See* Tex. R. Civ. P. 145(f)(3). The record must be provided without charge and filed with this court on or before April 4, 2019.

PER CURIAM